**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**GUSTAVE GRAHAM, III,** *et al.*                                    **PLAINTIFFS**

**v.**                          **CASE NO. 3:25-CV-000137-BSM**

**PRODUCERS AGRICULTURE**
**INSURANCE COMPANY**                                    **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 17th day of February, 2026.

_____
UNITED STATES DISTRICT JUDGE